IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**EDGAR GIBSON and**     **PLAINTIFFS**
**BYRON GRANDERSON**

**V.**     **NO. 4:19-CV-184-DMB-JMV**

**CITY OF GREENWOOD**     **DEFENDANT**

## ORDER

On December 20, 2021, the City of Greenwood filed the "Defendant City of Greenwood's Response in Reply to the Court's Show Cause Order and Rule 36(b) Motion to Withdraw Admissions or Amend Admissions Deemed Admitted." Doc. #52. Despite the document's title and the requests for relief it includes—specifically, a request for leave to respond to the plaintiff's summary judgment motion and a request "to withdraw admissions or to amend requests for admissions deemed admitted"—the document was filed as a response to the plaintiffs' summary judgment motion.[1] The document was also filed using the login credentials of someone other than the signing attorney.

The Local Rules of this Court provide that "[a]ny motion must be an item docketed separately from a response"[2] and require the login credentials of the signing attorney be used for filing.[3] Because the City's December 20 filing is deficient in this respect, the City's filing [52] is **STRICKEN**. Within seven (7) days of the entry of this order, the City may refile its response to the show cause order and file a *separate* motion to withdraw/amend admissions and/or for leave

---

[1] Doc. #42.

[2] L.U. Civ. R. 7(b)(3)(B).

[3] The login credentials requirement is prescribed by the Court's Administrative Procedures for Electronic Case Filing, which is encompassed in the Local Rules. *See* L.U. Civ. R. 5(c) (implementing the Administrative Procedures for Electronic Case Filing).

to respond to the summary judgment motion.  Any such filings should comply with this Court's Local Rules and should be filed using the login credentials of the signing attorney.

     **SO ORDERED**, this 22nd day of December, 2021.

                                                           /s/Debra M. Brown
                                                           **UNITED STATES DISTRICT JUDGE**